■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MADELINE RUIZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered December 11, 1987, convicting her of criminal possession of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention the sentencing court's imposition of a term of three years' to life imprisonment, which was the statutory minimum sentence, did not constitute cruel and inhuman punishment under the circumstances of this case (see, People v Sanabria, 147 AD2d 509; People v Buffa, 139 AD2d 751; People v Buckmaster, 139 AD2d 659). Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL E. SANTOS, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Vaughn, J.), imposed July 27, 1987.

Ordered that the sentence is affirmed.

Contrary to the defendant's assertions, we do not find the sentence imposed, which was the product of a plea agreement (see, People v Kazepis, 101 AD2d 816), to be unduly harsh or excessive.

The defendant's challenge to the imposition of a mandatory surcharge upon his conviction is premature (see, People v West, 124 Misc 2d 622; People v Lewis, 134 AD2d 286; People v Reid, 140 AD2d 639). Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.